**Order filed, December 01, 2016.**



In The

# Fourteenth Court of Appeals

————————

### NO. 14-16-00863-CR

————————

## FRANK EDGAR REID, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the County Criminal Court at Law No 6
Harris County, Texas
Trial Court Cause No. 2017010**

---

## ORDER

The reporter's record in this case was due **November 14, 2016**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Katelyn Harrelson**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM